## COMMON PUB, INC.

### v.

### Louis MEDEIROS et al.

### No. 84–487–M.P.

Supreme Court of Rhode Island.

Feb. 15, 1984.

Joseph J. Recupero, Bruno & Recupero, Providence, for petitioner.

Robert M. Brady, Alan T. Dworkin, Ltd., Cranston, for respondents.

### ORDER

The petition for writ of certiorari is denied.

MURRAY, J., did not participate.

■

### Katherine CULLINAN et al.

### v.

### The STATE BOARD OF ELECTIONS.

### No. 84–57–M.P.

Supreme Court of Rhode Island.

Feb. 15, 1984.

Keven A. McKenna, Providence, for petitioners.

Raymond Dettore, Jr., Providence, Frank Mastrati, Jr., Cranston, for respondent.

### ORDER

The petition for writ of certiorari is denied.

MURRAY, J., did not participate.

■

### Ralph G. D'AGOSTINO, Jr. et al.

### v.

### METROPOLITAN PROPERTY & LIABILITY INSURANCE CO.

### No. 83–309–A.

Supreme Court of Rhode Island.

Feb. 15, 1984.

Ronald J. Resmini, Ronald J. Resmini, Ltd., Providence, for plaintiffs.

David P. Whitman, Hanson, Curran & Parks, Providence, Jeffrey Lanphear, Cranston, for defendant.

### ORDER

The defendant's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted.

MURRAY, J., did not participate.